THADDEUS W. CROSS *vs.* MARGARET S. CROSS & another, Administrators.

Where an appeal from the decision of commissioners of insolvency was seasonably entered in this court, and was dismissed by a single judge, on the mistaken belief that such appeal was taken away by *St.* 1840, *c.* 87, it was *held,* that as said statute had not received a judicial construction when the appeal was dismissed, the appeal might be entered in this court at a subsequent term, within the provision of Rev. Sts. *c.* 68, § 13.

PETITION for leave to enter an appeal, pursuant to Rev. Sts. *c.* 68, § 13, taken from a decision of the commissioners of insolvency, appointed to receive and examine the claims of creditors against the estate of Nathaniel Cross, the appellees' intestate, disallowing a claim of more than $300, made against said estate by the appellant. The appeal was entered in this court at the last May term, and was then dismissed by a single judge, under a belief that the right of appeal to this court had been taken away by *St.* 1840, *c.* 87. The appellant asked leave now to enter his appeal, because he had been prevented by mistake from prosecuting it at the first term of this court held next after the expiration of thirty days from the return of the commissioners.

*Kingsbury,* for the appellant.

SHAW, C. J. We have already had occasion to decide, on the present circuit, (*Sabine* v. *Strong,* 6 Met. 270,) that the appeal to this court, from commissioners of insolvency, on a demand over $300, is not taken away by *St.* 1840, *c.* 87, and that the court of common pleas has no jurisdiction of such case; and we are of opinion, for the reasons there given, that this case is precisely within the principle of that decision. But as this depended upon the construction of a new statute of great practical importance, of which, when this appeal was dismissed, there had been no judicial construction, we are of opinion that eave to enter the appeal ought now to be given.

*Petition granted.*